**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JASON WINIG,

                    Petitioner

          v.

THE OFFICE OF THE DISTRICT
ATTORNEY OF PHILADELPHIA,
LAWRENCE S. KRASNER, ESQUIRE,
BRANWEN MCNABB, ESQUIRE,
MICHELLE MICHELSON, ESQUIRE,
WILLIAM BURROWS, ESQUIRE AND
HELEN PARK, ESQUIRE,

                    Respondents

: No. 133 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW** this 5th day of December, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. The Application to Withdraw as Counsel filed by Petitioner's counsel, Walter Weir, Jr., Esquire and Weir Greenblatt Pierce LLP, is also **GRANTED**. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

        Whether law enforcement officers are immune from civil suits under Section 5725 of the Pennsylvania Wiretapping and Electronic Surveillance Control Act, 18 Pa.C.S. § 5725?